IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

R. DAVID WEISSKOPF,

    Plaintiff,                                       JUDGMENT IN A CIVIL CASE

v.                                                   11-cv-665-wmc

YAAKOV NEEMAN, MOSHE KAHLON,
SIMONA SHTEINMETZ,
EDNA BROWNSHTEIN,
DR. SILVAO GUTKOVSKY and
P.E.F. ISRAEL ENDOWMENT FUND, INC.,

    Defendants.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants granting their motions to dismiss and dismissing this case with prejudice as legally frivolous.

        s/ Peter Oppeneer                         3/21/2013
    Peter Oppeneer, Clerk of Court               Date